IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | | |
|---|---|---|
| K.L., | ) | |
|        **Plaintiff** | ) | |
| v. | ) | |
| | ) | |
| RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, MARQUES FORD, JOHN BOWERS, ABC, INC., 1-10 (FICTITIOUS ENTITIES) AND JOHN & JANE DOES 1-20 (FICTITIOUS ENTITIES AND/OR PERSONS) | ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 3:16-cv-9270-MAS-LHG |
|        **Defendants** | ) | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | ) ) | |
|        **Intervenor/Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARQUES FORD | ) | |
|        **Defendant** | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Intervenor/Plaintiff United Services Automobile Association, by and through its undersigned counsel; and Defendant Marques Ford, by and through his undersigned counsel, hereby stipulate and agree that all claims and counterclaims pending in the third-party/declaratory judgment action filed by Intervenor/Plaintiff are hereby dismissed in full and with prejudice. Each party shall be responsible for its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| **POST & SCHELL, P.C.** | **LAW OFFICE OF JOHN M. PALM, LLC** |
| By:  */s/ Bryan M. Shay* <br> Bryan M. Shay, Esq. <br> Four Penn Center, 13th Fl. <br> 1600 John F. Kennedy Blvd. <br> Philadelphia, PA 19103 <br> (215) 587-1182 <br> *Attorneys for Intervenor/Plaintiff* <br> *United Services Automobile Association* | By:  */s/ John M. Palm* <br> John M. Palm, Esq. <br> 200 Haddonfield Berlin Road <br> Suite 101 <br> Gibbsboro, NJ 08026 <br> (856) 783-5461 <br> *Attorneys for Defendant* <br> *Marques Ford* |

**DATE:  May 28, 2019**