William F. Maderer (wmaderer@saiber.com)
Ryan E. San George (rsangeorge@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(973) 622-3333
*Attorneys for Defendant*
*Rutgers, The State University of New Jersey*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| K.L., Plaintiff,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, MARQUES FORD, JOHN BOWERS, ABC, INC. 1-10 (Fictitious Entities), and JOHN DOES 1-20 (Fictitious Entities and/or Persons), Defendants,<br><br>and<br><br>JOHN BOWERS, Third-Party Plaintiff,<br><br>v.<br><br>CELENE LUSCHER, Third-Party Defendant. | Case No. 3:16-cv-9270-MAS-LHG<br><br>**DEFENDANT RUTGERS,**<br>**THE STATE UNIVERSITY OF NEW**<br>**JERSEY'S NOTICE OF MOTION**<br>**FOR SUMMARY JUDGMENT**<br><br>Oral Argument Requested<br><br>Return Date: March 16, 2020<br><br>*Document Filed Electronically* |

**TO:**   Jeffrey P. Fritz, Esq.
Soloff & Zervanos, PC
1525 Locust Street, 8th Floor
Philadelphia, PA 19102
*Attorneys for Plaintiff, K.L.*

**PLEASE TAKE NOTICE** that on **March 16, 2020, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendant Rutgers, The State University of New Jersey ("Rutgers"), by its attorneys Saiber LLC, shall move before the Honorable Michael A. Shipp, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order granting summary

judgment in favor of Rutgers on all counts contained in Plaintiff K.L.'s Amended Complaint that are directed to Rutgers (Counts I through V) pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Rutgers shall rely upon its Local Civil Rule 56.1 Statement of Undisputed Material Facts, its Brief, the Declarations of William F. Maderer, Esq., Amy Miele, Jordan Shyi, Jackie Moran, Will Gilkison, and Joseph Ray, and Reply papers submitted, if any.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Rutgers hereby requests oral argument pursuant to Local Civil Rule 78.1(b)(1).

        Respectfully submitted,

        **SAIBER LLC**
        *Attorneys for Defendant*
        *Rutgers, The State University of New Jersey*

        By:   *s/ William F. Maderer*
                William F. Maderer
                Ryan E. San George

Dated:  February 21, 2020