UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

K.L.,

    Plaintiff,

v.

RUTGERS, THE STATE UNIVERSITY
OF NEW JERSEY, et al.,

    Defendants/Third-Party
    Plaintiff,

v.

CELENE LUSCHER,

    Third-Party Defendant.

Civil Action No. 16-9270 (MAS) (LHG)

**ORDER**

This matter comes before the Court upon two motions for summary judgment. The first is Third-Party Defendant Celene Luscher's ("Luscher") Motion for Summary Judgment. (ECF No. 98.) Defendant and Third-Party Plaintiff John Bowers ("Bowers") opposed (ECF No. 101), and Luscher replied (ECF Nos. 103, 104). The second is Defendant Rutgers, the State University of New Jersey's ("Rutgers") Motion for Summary Judgment. (ECF No. 108.) Plaintiff K.L. ("K.L.") opposed (ECF Nos. 112–16), Rutgers replied (ECF No. 120), and K.L. filed a sur-reply (ECF No. 123). For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

**IT IS** on this 31st day of January 2021, **ORDERED** that:

1. Luscher's Motion for Summary Judgment (ECF No. 98) is **DENIED**.

2. Rutgers' Motion for Summary Judgment (ECF No. 108) is **GRANTED**.

3. The Memorandum Opinion, filed herewith, shall be filed under a temporary seal for fourteen days, subject to a request by the parties for a permanent seal or for redaction.

s/Michael A. Shipp<br>
**MICHAEL A. SHIPP**<br>
**UNITED STATES DISTRICT JUDGE**