UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1508
_____

K. L.,
Appellant

v.

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY; MARQUES FORD; JOHN BOWERS; ABC, INC. 1-10 (Fictitious Entities); JOHN DOES 1-20 (Fictitious Entities and/or Persons)

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-16-cv-09270)
Honorable Michael A. Shipp, U.S. District Judge

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on May 26, 2022

Before:   KRAUSE, PHIPPS, *Circuit Judges*, and STEARNS[*], *District Judge.*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under L.A.R. 34(a) on May 26, 2022. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that

---

[*] Honorable Richard G. Stearns, United States District Court Judge for the District of Massachusetts, sitting by designation.

the order of the District Court entered on March 4, 2021, be and the same is hereby AFFIRMED. Costs will be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

                                              ATTEST:

                                              s/ Patricia S. Dodszuweit
                                              Clerk

DATE: June 21, 2022

**Certified as a true copy and issued in lieu of a formal mandate on** August 9, 2022

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**